**People of the State of Illinois, Plaintiff-Appellee, v. Harry Stroud, Defendant-Appellant.**

Gen. No. 67–1. (Abstract of Decision.)

Third District.

December 6, 1967.

Nelson & Weinstine, of Morrison, for appellant; L. E. Ellison, State's Attorney, of Morrison, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.